**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jason Emmanuel WILKERSON,
Defendant—Appellant.**

**No. 08–7414.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 17, 2008.

Decided: Jan. 13, 2009.

Jason Emmanuel Wilkerson, Appellant Pro Se. Scott W. Putney, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Jason Emmanuel Wilkerson appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Wilkerson,* No. 4:04–cr–00092–RAJ–TEM–1 (E.D. Va. June 23 & July 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*